UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 19-01710JVS(PJWx)                    Date   September 23, 2020

Title   The Ohio House LLC v City of Costa Mesa

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:   [IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

| | |
|---|---|
| **Jury Trial** | **November 30, 2021 at 8:30 a.m.** |
| **Final PreTrial Conference** | **November 15, 2021 at 11:00 a.m.** |
| File PreTrial Documents not later than November 8, 2021 | |
| File motions in limine not later than October 18, 2021 | |
| **Discovery Cut-off** | **August 17, 2021** |
| **Expert Discovery Cut-off** | **August 17, 2021** |
| Initial disclosure of Experts not later than April 16, 2021 | |
| Rebuttal disclosure of Experts not later than June 17, 2021 | |
| **Law and Motion Cut-off** | **October 12, 2020 at 8:30 a.m.** |
| Motions to be filed and served not later than September 13, 2021 | |

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #2 before the Attorney Settlement Panel.   The Court orders that any settlement discussions shall be completed not later than .  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

The Court orders that the usual discovery limitations apply. Parties to agree on modification of discovery limits or seek relief from the Magistrate Judge.  The Court discourages serial summary judgment motions.  The Court is unlikely to entertain summary judgment motions in advance of an opportunity to conduct discovery.  The Court expects progessionalism of all parties and all counsel at all times.

**The Scheduling Conference set for September 28, 2020 at 10:001917 a.m. is VACATED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 19-01710JVS(PJWx)                    Date   September 23, 2020

Title      The Ohio House LLC v City of Costa Mesa

                                                                     :       0

Initials of Preparer        lmb