UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-504 JVS(JDEx);<br>SACV 19-1710 JVS(PJWx ) | Date | April 8, 2021 |

Title   Insight Psychology and Addiciton, Inc. v. City of Costa Mesa;
 The Ohio House LLC v. City of Costa Mesa

Present: The
Honorable     **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:     [IN CHAMBERS] ORDER TO SHOW CAUSE RE
CONSOLIDATION**

       The Court invited the parties in these cases to submit a memorandum addressing the question of whether these cases should be consolidated.  (Insight Docket No. 91.)  All parties have responded.  (Insight Docket Nos. 92, 93 Ohio House Docket Nos.  111, 112.)

       Having considered the parties' views, the Court concludes that consolidation would not be desirable.  The cases shall proceed separately for all purposes.

       The Order to Show Cause is discharged.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |