UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:19-cv-01710-JVS-GJS | Date | April 8, 2021 |
|---|---|---|---|
| Title | Ohio House, LLC v. City of Costa Mesa | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|---|---|

| E. Carson | Zoom |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Christopher Brancart | Christopher D. Lee |

**Proceedings:**
1. Plaintiff's Motion And Memorandum In Support Of Motion To Compel Further Answers To Plaintiff's Interrogatory Nos. 26 And 27 [Dkt. 79]
2. Defendant And Counter-plaintiff City Of Costa Mesa's Notice Of Motion And Motion To Compel Further Responses And Production Of Documents And Requests For Sanctions Against Plaintiff And Counter-Defendant The Ohio House LLC [Dkt. 93]
3. Order

The case is called, and appearances are stated for the record.

The Court confers with counsel regarding the Motions and for the reasons recited on the record, rules as follows:

1. Plaintiff's Motion regarding Interrogatories No. 26 and 27 [Dkt. 79] is **GRANTED IN PART, AND DENIED IN PART.**

   a. Defendant is ordered to provide a further verified response setting forth the "specific governmental interests" Defendant intends to rely on in its defense of

|  | 1 | : | 01 |
|---|---|---|---|
| Initials of Preparer | | efc | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:19-cv-01710-JVS-GJS | Date | April 8, 2021 |
|---|---|---|---|
| Title | Ohio House, LLC v. City of Costa Mesa | | |

Plaintiff's claims.  While the Court does not foreclose the possibility that a further supplement may be appropriate, the Court expects Defendant to provide a list of *all* of the governmental interests it intends to assert, rather than an open ended "including" (but not limited to) list.

b.  Plaintiff's request for further detail at this time is denied.  As written, the interrogatory is complex such that it is, in reality, several interrogatories.  Further, much of the information sought is more akin to argument than fact.  As noted, however, the denial is without prejudice to Plaintiff bringing specific issues to the Court's attention (after meeting and conferring) if appropriate later in discovery.

c.  Plaintiff's request for attorney's fees is denied, as both sides had substantial bases for  the positions taken in their papers and at the hearing.

d.  If the parties require clarification, they are directed to review the Zoom recording or obtain a transcript of the proceedings.

2.  Defendant's Motion [Dkt. 93] is **GRANTED**.

a.  Defendants seek further responses from Plaintiff regarding (in summary) the facts supporting Plaintiff's claims.  The Court cautioned Plaintiff that providing answers setting forth only facts sufficient to overcome a motion to dismiss – here, by responding with the allegations already set forth in the operative complaint – was clearly insufficient to meet its obligations under the Federal Rules.  Plaintiff is warned that any further blatant failures or unsupported arguments will result in sanctions in the form of payment of Defendant's fees incurred in bringing a motion.  Defendant's request for attorney's fees is thus denied at this time.

| | | 1 | : | 01 |
|---|---|---|---|---|
| | Initials of Preparer | efc | | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:19-cv-01710-JVS-GJS | Date | April 8, 2021 |
|----------|------------------------|------|----------------|
| Title | Ohio House, LLC v. City of Costa Mesa | | |

Plaintiff shall provide complete responses no later than Friday, April 30, 2021.[1]

b. The Court holds that the fact that Plaintiff's motion to dismiss Defendant's claims and counterclaims is pending before the District Judge is not sufficient reason for Plaintiff to withhold discovery responses, particularly given the approaching discovery deadline. The Court orders Plaintiff to respond by April 30, 2021, unless Plaintiff obtains a stay of discovery from the District Judge before that date or the parties agree, in light of any stipulation (approved by the District Judge) to extend dates, that the April 30, 2021 date may be extended.

c. If the parties require clarification, they are again directed to review the Zoom recording or obtain a transcript of the proceedings.

**IT IS SO ORDERED.**

---

[1] Plaintiff informed the Court that it had already provided a supplemental responses to Defendant's interrogatories seeking the facts supporting Plaintiff's claims, but that Defendant had not likely had the opportunity to review those responses. The parties shall meet and confer regarding whether the supplemental responses already provided are sufficient. If not, Plaintiff will provide further responses as discussed at the hearing. The Court gave thorough guidance during the hearing as to the scope of the required responses, but any further disputes about this issue shall be brought to the Court's attention through the Court's joint e-mail procedure.

|  | 1 | : | 01 |
|--|---|---|----|
| Initials of Preparer | | efc | |