# Exhibit 14

5/9/2021, Case 8:19-cv-01710-JVS-GJS   Document 133-15   Filed 05/28/21   Page 2 of 3   Page ID #:4960

13-30 Purpose

Costa Mesa Municipal Code

Up   Previous   Next   Main   Search   Print   No Frames

TITLE 13 PLANNING, ZONING AND DEVELOPMENT
CHAPTER IV. CITYWIDE LAND USE MATRIX

## 13-30. Purpose.

The purpose of this chapter is to provide a comprehensive list of uses which are permitted, conditionally permitted, or prohibited in the various zoning districts, as represented by Table 13-30, Land Use Matrix. In evaluating a proposed use, the following criteria shall also be considered:

(a) Uses determined as permitted may be subject to a discretionary review when construction is proposed, pursuant to Chapter III, Planning Applications.

(b) Uses proposed in the planned development zones are subject to verification of consistency with the master plan adopted for planned development zones. A proposed use not expressly allowed by the adopted master plan may require additional discretionary review pursuant to Table 13-30, Land Use Matrix.

(c) All listed uses in the matrix are subject to verification of compliance with density and floor area ratio limits, parking requirements and performance standards which may, in certain cases, prevent the establishment of the use.

(d) Any proposed use not listed in the Land Use Matrix shall be reviewed by the development services director to determine its similarity to another listed use. If no substantial similarity exists, the proposed use shall require approval of a conditional use permit prior to establishment of the use.

(e) For the purpose of Table 13-30, Land Use Matrix, the various zoning districts are labeled as follows:

Residential zones: R1, R2-MD, R2-HD, and R3

Commercial zones: AP, CL, C1, C2, C1-S, and TC

Industrial zones: MG and MP

Planned Development Residential zones: PDR-LD, PDR-MD, PDR-HD, and PDR-NCM

Planned Development Commercial zone: PDC

Planned Development Industrial zone: PDI

The Parking zone: P

Institutional and Recreational zones: I & R, I & R-S, and I & R-MLT

(f) For zoning districts located in a specific plan area, please refer to the appropriate specific plan text to determine if any additional regulations related to land uses are applicable.

(g) For the mixed-use overlay district located in an urban plan area, please refer to the appropriate urban plan text for additional regulations related to development standards and allowable land uses as applicable.

TABLE 13-30

CITY OF COSTA MESA LAND USE MATRIX

| LAND USES | ZONES | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R1 | R2-MD | R2-HD | R3 | AP | CL | C1 | C2 | C1-S[1] | TC[1] | MG | MP | PDR-LD[1] | PDR-MD[1] | PDR-HD[1] | PDR-NCM[1] | PDC[1] | PDI[1] | I&R[1] | I&R-S[1] | I&RM-LT[1] | P |
| RESIDENTIAL USES | | | | | | | | | | | | | | | | | | | | |
| 1. Single-family dwellings (single housekeeping units) | P[4] | P | P | P | · | · | · | · | · | · | · | · | P | P | P | P | P | P | · | · | P | · |

| | | | | | | | | | ZONES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAND USES | R1 | R2-MD | R2-HD | R3 | AP | CL | C1 | C2 | C1-S[1] | TC[1] | MG | MP | PDR-LD[1] | PDR-MD[1] | PDR-HD[1] | PDR-NCM[1] | PDC[1] | PDI[1] | I&R[1] | I&R-S[1] | I&RM LT[1] | P |
| 2. Multi-family dwellings | • | P | P | P | • | • | • | • | • | P | • | • | P | P | P | P | P | P | • | • | P | • |
| 2.1 Common interest developments, residential | • | P | P | P | • | • | • | • | • | P | • | • | P | P | P | P | P | P | • | • | P | • |
| 2.2 Small lot subdivisions, residential | • | P | P | P | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 3. Mobile home parks | • | C | C | C | • | • | • | • | • | • | • | • | C | C | C | C | C | C | • | • | • | • |
| 4. Boarding-house, small[7] | • | P | P | P | • | • | • | • | • | • | • | • | P | P | P | P | P | P | • | • | • | • |
| 5. Boarding-house, large[7] | • | C | C | C | • | • | • | • | • | • | • | • | • | C | C | C | C | C | • | • | • | • |
| 6. Residential care facility, six (6) or fewer persons (State licensed) | P | P | P | P | • | • | • | • | • | • | • | • | P | P | P | P | P | P | P | • | P | • |
| 7. Group homes, six (6) or fewer | S | S[6] | S[6] | S[6] | • | • | • | • | • | • | • | • | S[6] | S[6] | S[6] | S[6] | S[6] | S[6] | P | • | P | • |
| 7.1 Sober living homes, six (6) or fewer | S[5] | S[6] | S[6] | S[6] | • | • | • | • | • | • | • | • | S[6] | S[6] | S[6] | S[6] | S[6] | S[6] | P | • | • | • |
| 8. Residential care facility, seven (7) or more | • | C[6] | C[6] | C[6] | • | • | • | • | • | • | • | • | • | C[6] | C[6] | C[6] | C[6] | C[6] | P | • | • | • |
| 9. Group homes, seven (7) or more | • | C[6] | C[6] | C[6] | • | • | • | • | • | • | • | • | • | C[6] | C[6] | C[6] | C[6] | C[6] | P | • | • | • |
| 9.1 Sober living homes, seven (7) or more | • | C[6] | C[6] | C[6] | • | • | • | • | • | • | • | • | • | C[6] | C[6] | C[6] | C[6] | C[6] | P | • | • | • |
| 10. Referral facility (Subject to the requirements of section 13-32.2, referral facility). | • | C[2] | C[2] | C[2] | • | • | • | C[2] | • | • | • | • | • | C[2] | C[2] | • | • | • | • | • | • | • |