# Exhibit 15

## CHANG, MARGARET

**From:** TUCKER, MIKE
**Sent:** Friday, November 16, 2012 12:05 PM
**To:** LEE, MEL
**Subject:** RE: Sober Living

Thanks for the info.

*Mike Tucker*
Code Enforcement Officer
City of Costa Mesa – CEO Office
(714) 754-5209
mike.tucker@costamesaca.gov

---

**From:** LEE, MEL
**Sent:** Friday, November 16, 2012 11:48 AM
**To:** TUCKER, MIKE
**Cc:** JULIAN, SORAYA
**Subject:** FW: Sober Living

Mike –

Here's some additional background information regarding your question this morning.

Mel Lee, AICP
Senior Planner
City of Costa Mesa
77 Fair Drive, Costa Mesa, 92628
Ph. (714) 754-5611 Fax. (714) 754-4856
mel.lee@costamesaca.gov


Costa Mesa

---

**From:** FLYNN, CLAIRE
**Sent:** Tuesday, January 24, 2012 4:49 PM
**To:** NGUYEN, KHANH
**Cc:** DUARTE, TOM; HATCH, THOMAS; GAZSI, TOM; NAGHAVI, PETER; LEE, MEL; BOUWENS-KILLEEN, WILLA; ASHABI, MINOO
**Subject:** FW: Sober Living

We periodically receive complaints regarding a soberliving facility moving into the neighborhood. The City is pre-empted by State law in almost every case, as our current restrictions are unenforceable. We unsuccessfully tried to reduce the capacity of a soberliving home on Van Buren Street as recent as a month ago. As a result of understanding the issues in Costa Mesa, the City Attorney's office is working with Planning staff to develop an ordinance that would better regulate soberliving facilities. [see msg below]

This ordinance is slated for spring time for consideration by the Planning Commission. Critical to the success of the ordinance is input from both sober living providers and also the community.

Mel will be the project planner for the ordinance and will also respond to Mr. Shannon's inquiry.

If you have any questions or comments, please contact me. Thanks.



EXHIBIT
538
Gamboa 7-21-18

1

Claire

---

**From:** FLYNN, CLAIRE
**Sent:** Thursday, January 19, 2012 4:13 PM
**To:** PLANNING
**Subject:** RE: Drug&Alcohol Rehab/Group Homes

*[click forward msg to see images]*

### Question:
Per current Code requirements, can we limit a sober living facility to operate in multiple units on the same property in an apartment or condominium complex, thereby exceeding the 6-person threshold by operating multiple facilities in each apartment unit?

### Short Answer:
No. Each of the four units could have *a maximum of 6 persons per unit* as a permitted use. A three-bedroom unit, for example, could have 6 people with 2 people in each room. Regardless of the ownership of the property and regardless of the management of the residential care facility of multiple units, an operator can have 6 people in each unit.

### Case Study, Velvet Mangan's Safe Harbor, Huscroft House:
For the Huscroft House in the 500 Block of Bernard, there are four units on the property. The Huscroft House plus 3 other units. We allowed in 2009 the "Safe Harbor Treatment Facility" operated by Velvet Mangan as a permitted use with a maximum of six persons per unit – *in each of the four units*. As shown in Permits Plus, Velvet was required to apply for a business license for each address, with the limitation of six persons per address / per unit.

| Relationship | Number | Type | Sub Type | Status | Level | Date | Location |
|---|---|---|---|---|---|---|---|
| BL Owner 1 | BL034781 | BUSLICE | GENBUS | PAST_DUE | A | 12/10/2009 | 550 A BERNARD ST |
| BL Owner 1 | BL034780 | BUSLICE | GENBUS | PAST_DUE | A | 12/10/2009 | 550 B BERNARD ST |
| BL Owner 1 | BL034779 | BUSLICE | GENBUS | PAST_DUE | A | 12/10/2009 | 546 BERNARD ST |
| BL Owner 1 | BL034778 | BUSLICE | GENBUS | PAST_DUE | A | 12/10/2009 | 548 BERNARD ST |

A number of residents complained about living next door to a treatment facility with the potential of 24 people (6 people x 4 units = 24 people). However, the Zoning Code does not establish distance criteria for the operation of sober living facilities *nor* a prohibition of multiple facilities on the same property <u>by the same operator</u> (unlike the City of Newport Beach's ordinance).

The website to Safe Harbor is: http://www.safeharborhouse.com/capella.php

2

 

*Case Study, Patricia Bintliff's Sober Living Facility in a 5-bedroom house at 3116 Van Buren Street:*

What we have recently discovered is that our current regulation of 6 or fewer is legally indefensible. We have ultimately not challenged a 12-person facility currently operating in an R1 zone on Van Buren. Recovering alcoholics are considered a protected class (similar to developmentally disabled or physically handicapped people). From a practical standpoint, we cannot enforce the 6 or fewer threshold if these residents function as a single housekeeping unit due to a paltry definition of a single housekeeping unit. However, for the time being, we are indicating that there is a limit of 6 persons per unit.

A Code Amendment is in order. Mel will be following-up with the City Attorney's office (Robert Khuu / Krista McGhee) to draft an ordinance providing better regulations for these types of facilities – most likely not as ambitious as the City of Newport Beach – but an improvement to zoning regulations currently in place

If you have any questions or comments, please contact me. Thanks.

Claire

3