# Exhibit 1



# 2015-2035 General Plan



City of Costa Mesa
2ND FL, Development Services Department
77 Fair Drive, Costa Mesa, CA  92626
714 754 5245

EXHIBIT
272

CityGP 1



*Looking southeast over Costa Mesa's Westside District.*

Chapter 2
# Land Use Element

## Introduction

The Land Use Element is the keystone element of the Costa Mesa General Plan. This Element unifies the other elements by providing an overall policy context for future physical change. Goals and policies define the community's desired balance among social, environmental, and economic considerations, while maintaining those characteristics of the community that reinforce quality neighborhoods and viable business districts.

As Costa Mesa implements this General Plan, the City aspires to keep Costa Mesa an eclectic community with welcoming public spaces; attractive, walkable residential neighborhoods; exceptional parks and community services; and, a diverse economy that meets the needs of local residents while also attracting investment from regional and international markets.

Tustin. This area is characterized by large parcels and wide landscaped building setbacks. Several firms have located their main or regional headquarters in the area and are often the single tenants in large structures.



*The Airport Industrial/Business Park District* includes a concentration of industrial, office, and commercial uses.

Industrial space directly adjacent to John Wayne Airport provides opportunities to airport-related industries. Some of these properties include hangars with access to the runway.

The 323-acre Harbor Gateway District is an Industrial/Business Park located within the north part of Costa Mesa, northeast of I-405 and the Santa Ana River. This district is a part of a larger industrial area extending northward into the city of Santa Ana. The primary users of this industrial area are large single-tenant manufacturing firms and corporate offices. Included within this district is a 14.5-acre portion of the Home Ranch area property and the unique "lifestyle" South Coast Collection (SOCO) shopping center. SOCO includes over 300,000 square feet of design showrooms, creative studios, specialty retail and food stores, a weekly farmers' market, and outdoor gathering spaces. The OC Mix, located in SOCO, is a marketplace for gourmet foods, coffee, wine, and over 30 owner-operated retail and specialty shops under one roof.

**Public/Institutional, Golf Course, and Fairground Uses**

The Public/Institutional designation applies to publicly and privately owned properties that provide recreation, open space, health, and educational opportunities, as well as uses that provide a service to the public.

A major land acquisition by the State in 1950 was responsible for the public ownership of the Costa Mesa Golf Course and Country Club and Fairview Park. In 1950, 750 acres were acquired for a State institution. In 2015, the Fairview

Developmental Center occupied 114 acres of the original 750-acre site. Acquisitions by the City and County have expanded this area to include the County's Talbert Regional Park adjacent to the Santa Ana River and the City's adjoining Canyon Park. See Table LU-1: *Public and Institutional Land Acquisitions*, for various public and institution uses government land acquisitions.

A total of 1,263.4 acres are designated Public/Institutional. When combined with the Costa Mesa Golf Course and Orange County Fair & Event Center, these uses constitute 25 percent of the planning area. This high percentage of land area designated for public and institutional use primarily reflects past and current use by various governmental agencies: The Santa Ana Army Air Base during World War II, the original 750-acre land acquisition by the State of California, and land acquisitions by the City and Orange County.



*Orange Coast College,* founded in 1947, includes over 80 academic program areas and over 50 career and technical programs.

The golf course designation includes the Mesa Verde and Santa Ana Country Clubs (both private) and the City-owned Costa Mesa Golf Course and Country Club. The Fairgrounds property includes the 150-acre Orange County Fair & Event Center, which is owned by the 32nd District Agricultural Association, a State special-purpose district in the Division of Fairs and Expositions of the California Department of Food and Agriculture formed in 1949. Its board is appointed by the Governor of California.

## Table LU-1: Public and Institutional Land Acquisitions

| Government Land Acquisition | Public and Institutional Uses |
|---|---|
| Santa Ana Army Air Base | Orange Coast College, Costa Mesa High School, Davis Middle School, Presidio Elementary School, TeWinkle Park, the National Guard Armory, Orange County Fairgrounds, Jack R. Hammett Sports Complex, Civic Center Park, City Hall, and Vanguard University |
| 750-acre land (1950) | Costa Mesa Golf Course and Country Club and Fairview Park, Fairview Developmental Center (see Multi-Use Center designation) |
| City and County expansion | Talbert Regional Park and Canyon Park |

Table LU-2: *Established Land Uses (2015),* summarizes the existing land uses in Costa Mesa that were surveyed in 2015, including number of acres, residential units, building square feet, hotel and motel rooms, and estimated employees.

**Orange Coast College Vision 2020 Facilities Master Plan**

Costa Mesa is home to Orange Coast College, which is one of three colleges in the Coast Community College District. Orange Coast College is located at 2701 Fairview Road in the central portion of Costa Mesa. The District has been involved in preparing the Orange Coast College Vision 2020 Facilities Master Plan, which involves construction of new academic, administrative, residential, and parking facilities on the campus. In November 2015, the Coast Community College District Board of Trustees approved the Final Orange Coast College Vision 2020 Facilities Master Plan Program EIR.

The proposed Master Plan involves following improvements:

- Renovation of two existing buildings, totaling approximately 54,000 assignable square feet (ASF) and demolition of approximately 200,900 ASF.

- A new planetarium and an 818-bed student housing project would be added to the campus; the proposed project would also involve improvements to the pedestrian circulation network in and around campus, and the enhancement of open-space areas through landscape and pedestrian plaza improvements.

- Reconfiguration of existing parking lots and vehicular entryways, and the addition of a parking structure in the Adams Avenue parking lot on campus.

## Table LU-2: Established Land Uses (2015)

| Land Use | Net Acres[1] | % of Acres | Residential Units | Population | Building Square Feet | Lodging Rooms | Employees |
|---|---|---|---|---|---|---|---|
| Single-Family | 2,314 | 28.8 | 14,210 | 39,508 | -- | -- | -- |
| Multi-Family | 1,402 | 17.4 | 28,413 | 71,032 | -- | -- | 100 |
| Office | 332 | 4.1 | -- | | 7,224,000 | -- | 24,000 |
| Commercial | 770 | 9.6 | -- | | 11,403,000 | -- | 23,400 |
| Lodging: Motel/Hotel | 60 | 0.8 | -- | | -- | Motel: 2,272 Hotel: 1,877 | 1,400 |
| Industrial | 841 | 10.5 | -- | | 13,087,000 | -- | 27,300 |
| Public Facilities/ Institutional | 491 | 6.1 | -- | | -- | -- | 6,200[5] |
| Schools/Colleges | 525 | 6.5 | -- | | -- | -- | 4,300 |
| Golf | 553 | 6.9 | -- | | -- | -- | 100 |
| Parks/Recreation | 592 | 7.4 | -- | | -- | -- | --[2] |
| Agriculture | 72 | 0.9 | -- | | -- | -- | 200 |
| Other[4] | 70 | 0.9 | -- | | 555,000 | -- | 300 |
| Vacant Lands | 20 | 0.3 | -- | | -- | -- | -- |
| **Total** | **8,042** | **100.0%** | **42,623** | **110,540** | **32,269,000** | **4,149** | **87,300[3]** |

Sources:   City of Costa Mesa, Stantec, and MIG, 2015.

Note:   1.   Net acres includes all private property land areas for the entire Planning Area, excluding all public right-of-way.
2.   Park employment is counted under Public Facilities
3.   Employees is calculated using building square footage and employment generation rates by land use category. Center for Demographic Research, California State University, Fullerton identifies 87,097 jobs for 2015 based on 2014 projections.
4.   Other land uses refers to religious institutions, utilities, railroad properties, and other classifications that are not classified under the existing land use categories.
5.   Refer to the Multi-Use Center discussion for the Fairview Developmental Center site.

## Table LU-3: Land Use Designations (2015)

| Land Use Designations | Residential Density | Floor-Area Ratio | Acres Developed | Acres Undeveloped | Net Acres | % of Acres |
|---|---|---|---|---|---|---|
| *Residential* | | | | | | |
| Low-Density Residential | ≤8 du/ac | | 2,087.4 | 0.8 | 2,088.2 | 25.9% |
| Medium-Density Residential | ≤12 du/ac | N/A | 858.1 | 1.1 | 859.1 | 10.7% |
| High-Density Residential[1,2] | ≤20 du/ac | | 842.9 | 2.9 | 845.8 | 10.5% |
| *Non-Residential* | | | | | | |
| Commercial-Residential | ≤17.4 du/ac | 0.20/High Traffic 0.30/Moderate Traffic 0.40/Low Traffic | 47.9 | 0.0 | 47.9 | 0.6% |
| Neighborhood Commercial | ≤20 du/ac | 0.15/High Traffic 0.25/Moderate Traffic 0.35/Low Traffic 0.75/Very Low Traffic | 40.3 | 0.2 | 40.5 | 0.5% |
| General Commercial | ≤20 du/ac | 0.20/High Traffic 0.30/Moderate Traffic 0.40/Low Traffic 0.75/Very Low Traffic | 607.8 | 8.5 | 616.3 | 7.7% |
| Commercial Center[3,] | ≤20 du/ac | 0.25/High Traffic 0.35/Moderate Traffic 0.45/Low Traffic 0.75/Very Low Traffic | 117.18 | 0.3 | 117.48 | 1.5% |
| Urban Center Commercial[3] | 20 to 80 du/ac | N/A[5] | 59.74 | 66.6 | 126.34 | 1.6% |
| Cultural Arts Center[4] | Varies[4] | 1.77[4] | 57.3 | 0.0 | 57.3 | 0.7% |
| Regional Commercial | ≤20 du/ac | 0.652/0.89[4] | 147.9 | 0.0 | 147.9 | 1.8% |
| Industrial Park | ≤20 du/ac | 0.20/High Traffic 0.30/Moderate Traffic 0.40/Low Traffic 0.75/Very Low Traffic | 645.36 | 2.4 | 647.76 | 8% |
| Light Industrial[6] | ≤20 du/ac | 0.15/High Traffic 0.25/Moderate Traffic 0.35/Low Traffic 0.75/Very Low Traffic | 374.2 | 4.0 | 378.1 | 4.7% |
| Public and Institutional | -- | 0.25 | 1,263.2 | 0.3 | 1,263.4 | 15.7 |
| Golf Course | -- | ≤0.01 | 553.7 | 0.0 | 553.7 | 6.9% |
| Fairgrounds | -- | ≤0.10 | 150.0 | 0.0 | 150.0 | 1.9% |
| Multi-Use Center | 15 to 25 du/ac | 0.25 | 102.6 | 0.0 | 102.6 | 1.3% |
| **Totals** | | | **7,955.6** | **87.1** | **8,042.4** | **100%** |

*Notes:*
1. Within the Medium and High Density Residential designation, existing residential units legally built in excess of the dwelling units per acre standard may be rebuilt at the same higher density subject to other zoning code standards. The allowable density or number of units to be redeveloped would be limited to the 1990 General Plan density with a 25% incentive bonus for Medium-Density or a 50% incentive bonus for High Density or the existing number of units, whichever is less.
2. See High Density Residential text regarding areas in North Costa Mesa where the density allowance exceeds 20 units per acre.
3. See Commercial Center, Regional Commercial, and Urban Center Commercial text for site specific density and FAR.
4. See text for Mixed-Use Development and Cultural Arts Center provisions for additional discussion.
5. Varies, depends on development agreement for site.

*Jobs/Housing Relationship*

The variety and distribution of land uses in Costa Mesa enable people to live near their jobs, to shop within a reasonable distance from their homes or work, to use the City's parks and recreational facilities, and to carry out other daily activities conveniently. Information from the 2010 Census indicates that 32 percent of residents work in the City. Fifty-one percent work within 20 minutes of their homes. The City recognizes the importance of providing both job and housing opportunities to reduce vehicle trips and overall, create a higher quality of life.

Table LU-4: *Housing, Population, and Employment*, presents historical data for Costa Mesa's population, number of housing units, and employment opportunities, and includes projections to the year 2040. The table is based upon OCP-2015 Projections and data from the U.S Census.

**Table LU-4: Housing, Population, and Employment**

| Year | 2000[1] | 2010[2] | 2015[3] | 2020[3] | 2040[3] |
|---|---|---|---|---|---|
| Housing | 40,406 | 42,120 | 42,496 | 43,484 | 44,359 |
| Population | 108,724 | 109,929 | 111,276 | 112,001 | 113,332 |
| Employment | 88,294 | 88,416 | 87,097 | 89,590 | 93,222 |

*Sources:   1. 2000 U.S. Census; 2. 2010 U.S. Census; 3. Center for Demographic Research, California State University, Fullerton, 2014.*

# General Plan and Zoning Ordinance Consistency

The relationship between the General Plan land use designations and zoning districts is shown in Table LU-19: *General Plan and Zoning Consistency*. This table indicates how properties will be zoned to be consistent with the General Plan Land Use Plan. The Zoning Ordinance has the following Zoning Districts:

- Single-Family Residential (R1)
- Multiple-Family Residential, Medium Density (R2-MD)
- Multiple-Family Residential, High Density (R2-HD)
- Multiple-Family Residential (R3)
- Administrative and Professional (AP)
- Commercial Limited (CL)
- Local Business (C1)
- General Business (C2)
- Shopping Center (C1-S)
- Town Center (TC)
- Off-Street Parking (P)
- Institutional and Recreational (I & R)
- Institutional and Recreational - School (I & R-S)
- Institutional and Recreational - Multi-Use (I &R-MLT)
- General Industrial (MG)
- Industrial Park (MP)
- Planned Development Residential (PDR)
- Planned Development Commercial (PDC)
- Planned Development Industrial (PDI)
- Mixed-Use Overlay District (MU)
- Residential Incentive Overlay District (RI)

## Table LU-19: General Plan and Zoning Consistency

| Land Use Plan Designations | Consistent Zoning Classification |
|---|---|
| Low Density | R1, PDR-LD, I&R, I&R-S |
| Medium Density | R1, R2-MD, PDR-MD, I&R, I&R-S, MU, |
| High Density | R2-MD, R2-HD, R3, PDR-HD, PDR-NCM, I&R, I&R-S, MU, RI |
| Commercial-Residential | AP, CL, C1, PDC, R2-MD, R2-HD, PDR-MD, PDR-HD, RI |
| Neighborhood Commercial | CL, C1, AP |
| General Commercial | CL, C1, C2, C1-S, PDC, AP, RI, MU |
| Commercial Center | C1, C2, C1-S, PDC, AP |
| Regional Commercial | PDC |
| Urban Center Commercial | PDC |
| Cultural Arts Center | TC |
| Multi-Use Center | I&R-MLT |
| Industrial Park | MP, PDI, CL |
| Light Industrial | MG, PDI, CL, MU |
| ==Public and Institutional== | ==I&R, I&R-S== |
| Golf Course | I&R |
| Fairgrounds | I&R |
| Fairview | R2-MD, R2-HD, R3, I&R |

*Off-Street Parking (P) zoning classification is consistent with any land use plan designation, with the exception of Low Density.*

Revised February 20, 2019
Consistent with Table LU-9
of 2002 General Plan

**DRAFT (Excerpt Pages)**
**General Plan Amendment GP-18-03**
**November 13, 2018**



*Looking southeast over Costa Mesa's Westside District.*

# Chapter 2
# Land Use Element

## Introduction

The Land Use Element is the keystone element of the Costa Mesa General Plan. This Element unifies the other elements by providing an overall policy context for future physical change. Goals and policies define the community's desired balance among social, environmental, and economic considerations, while maintaining those characteristics of the community that reinforce quality neighborhoods and viable business districts.

As Costa Mesa implements this General Plan, the City aspires to keep Costa Mesa an eclectic community with welcoming public spaces; attractive, walkable residential neighborhoods; exceptional parks and community services; and, a diverse economy that meets the needs of local residents while also attracting investment from regional and international markets.

## Table LU-6: Land Use Density and Intensity Summary

| Land Use Designations | Maximum Density | | | Maximum Intensity | |
|---|---|---|---|---|---|
| | Maximum Units | Dwelling Units per Acre (du/ac) | Persons per Acre (p/ac) | Floor-Area Ratio (FAR) | Employees per Acre (e/ac) |
| *Residential* | | | | | |
| Low-Density Residential | -- | 8 du/ac | 26 p/ac | -- | -- |
| Medium-Density Residential | -- | 12 du/ac | 38 p/ac | -- | -- |
| High-Density Residential | -- | 20 du/ac | 50 p/ac | -- | -- |
| *Non-Residential or Multi-Use* | | | | | |
| Commercial-Residential | -- | 12 to 17.4 du/ac | 40 p/ac | 0.20 to 0.40 FAR | 27 e/ac |
| Neighborhood Commercial | -- | -- | 50 p/ac | 0.15 to 0.75 FAR | 27 e/ac |
| General Commercial | -- | -- | 50 p/ac | 0.20 to 0.75 FAR | 27 e/ac |
| Commercial Center[3,4] | -- | -- | 50 p/ac | 0.25 to 0.75 FAR | 27 e/ac |
| Urban Center Commercial[2] | 660 | 20 du/ac  80 du/ac | 50 to 210 p/ac | 0.48 to 0.79 FAR | 27 e/ac |
| Cultural Arts Center[2] | 535 | -- | 25 p/ac | 1.77 FAR | 275 e/ac |
| Regional Commercial[5,6] | | -- | 50 p/ac | 0.652 to 0.89 FAR | 53 p/ac |
| Industrial Park | -- | -- | 50 p/ac | 0.20 to 0.75 FAR | 58 e/ac |
| Light Industrial | -- | -- | 50 p/ac | 0.15 to 0.75 FAR | 58 e/ac |
| Public and Institutional | -- | -- | -- | 0.25 FAR | 44 e/ac |
| Golf Course | -- | -- | -- | 0.01 FAR | -- |
| Fairgrounds | -- | -- | -- | 0.10 FAR | 14 e/ac |
| Multi-Use Center[7] | 582 | 6 du/ac  40 du/ac | 110 p/ac | 0.25 FAR | 4 to 15 e/ac |
| *Overlays and Urban Plans* | | | | | |
| Residential Incentive Overlay[1] | -- | ~~40 du/ac~~ 30 du/acre | 82 p/ac ~~110 p/ac~~ | N/A ~~0.20 to 0.75 FAR~~ | N/A ~~27 e/ac~~ |
| SoBECA Mixed-Use Overlay[1] | 450 | 40 du/ac | 110 p/ac | 1.00/1.25 FAR | 27 to 44 e/ac |
| Harbor Mixed-Use Overlay[1] | | 20 du/ac | 55 p/ac | 1.00/1.25 FAR | 27 to 44 e/ac |
| Westside Urban Plans[1] | -- | 20 du/ac | 55 p/ac | 1.00/1.25 FAR | 27 to 44 e/ac |

Notes:
1. Increase in FAR from 1.00 to 1.25 may be allowed for mixed-use plans exhibiting design excellence.
2. Refer to the North Costa Mesa Specific Plan for detailed density/intensity and trip budgets for specific sites.
3. The Home Ranch site has a site-specific FAR of 0.64 for office development; residential development is not permitted due to the site-specific FAR.
4. For the LA Times site, 0.54 FAR applies to commercial development and 0.64 applies to office development.
5. Residential development is not permitted due to the site-specific FARs.
6. South Coast Plaza, west of Bear Street has a 0.89 FAR and east of Bear Street has a 0.652 FAR.
7. Of the 582 units, 332 would be designated at 40 du/ac that may be allowed at the Shannon Mountain's site within the Fairview Development Center.

Land Use Element

## Table LU-19: General Plan and Zoning Consistency

| Land Use Plan Designations | Consistent Zoning Classification |
|---|---|
| Low Density | R1, PDR-LD, I&R, I&R-S |
| Medium Density | R1, R2-MD, PDR-MD, I&R, I&R-S, MU, ~~RI~~ |
| High Density | R2-MD, R2-HD, R3, PDR-HD, PDR-NCM, I&R, I&R-S, MU, RI |
| Commercial-Residential | AP, CL, C1, PDC, R2-MD, R2-HD, PDR-MD, PDR-HD, RI |
| Neighborhood Commercial | CL, C1, AP |
| General Commercial | CL, C1, C2, C1-S, PDC, AP, RI, MU |
| Commercial Center | C1, C2, C1-S, PDC, AP |
| Regional Commercial | PDC |
| Urban Center Commercial | PDC |
| Cultural Arts Center | TC |
| Multi-Use Center | I&R-MLT |
| Industrial Park | MG, PDI, CL |
| Light Industrial | MP, PDI, CL |
| Public and Institutional | I&R, I&R-S |
| Golf Course | I&R |
| Fairgrounds | I&R |
| Fairview | R2-MD, R2-HD, R3, I&R |

*Off-Street Parking (P) zoning classification is consistent with any land use plan designation, with the exception of Low Density.*