# Exhibit 1

| | |
|---|---|
| From: | SCHMELZEL, MATTHEW |
| Sent: | Thursday, May 14, 2015 8:23 AM |
| To: | TUCKER, MIKE |
| Subject: | RE: Business Licenses for Boarding Houses |

Good morning Mike,

I appreciate the clarification. Just to verify, the business license system does not have a category for boarding houses. HDL only has a business category for group homes. That being said, I believe we have no record of any boarding houses located in the City of Costa Mesa. Please let me know if I can help you with anything else.

Best Regards,

Matthew Schmelzel
Permit Processing Specialist
City of Costa Mesa
714-754-5235

-----Original Message-----
From: TUCKER, MIKE
Sent: Thursday, May 14, 2015 7:15 AM
To: SCHMELZEL, MATTHEW
Subject: FW: Business Licenses for Boarding Houses

In response to your email on 5/12 -

Matthew,
Thanks for getting back to me. This is the email chain where this request was generated. We are currently in some litigation with HUD & the DOJ over the City's Group Home Ordinance and enforcement. I believe they are requesting this information because we have separated and redefined Sober Living Homes differently than Boarding Houses. Now HUD/DOJ is asking if and how many Boarding Houses we have licensed. I don't believe you will find any licenses for Boarding Houses but, I think we should do our due diligence and check.

Thank you,

Mike Tucker
Code Enforcement Officer
Community Improvement Division
77 Fair Drive
City of Costa Mesa, CA 92626
Phone: 714 754-5209   Cell: 714 599-4549  mike.tucker@costamesaca.gov



EXHIBIT
537
Gamboa

To ensure the most efficient customer service, when visiting the Community Improvement Staff at City Hall, please check-in at the Development Services Counter of the 2nd Floor.

REDACTED

REDACTED

CM-CC-0003706

-----Original Message-----
From: BOUWENS-KILLEEN, WILLA
Sent: Monday, May 11, 2015 8:54 AM
To: ARMSTRONG, GARY; PLANNING
Subject: RE: Boardinghouses

I don't recall any boarding houses in the City -- at least that have a business license.  Willa

-----Original Message-----
From: ARMSTRONG, GARY
Sent: Monday, May 11, 2015 7:49 AM
To: PLANNING
Subject: FW: Boardinghouses

Good morning,

Please see below. Have any of you run into this at the counter or been asked this question? Please get back to Jerry if you have experienced this claim.

Thank you,

Gary

Gary Armstrong, AICP
Economic and Development Services
Director / Deputy CEO
City of Costa Mesa
(714) 754-5182


-----Original Message-----
From: GUARRACINO, JERRY
Sent: Friday, May 08, 2015 6:13 PM
To: ARMSTRONG, GARY; FLYNN, CLAIRE
Subject: FW: Boardinghouses

Is Planning aware of any Boarding housing that have claimed to be grandfathered in by/since passage of Ordinance 14-13.  Elena is asking because if came up in a discussion about the Yellowstone law suit.

Thanks for your input on this topic.
--Jerry

Jerry Guarracino, AICP
Contract Assistant Director
Community Improvement Division
77 Fair Drive
City of Costa Mesa, CA 92626
Office (714) 754-5631 | Cell (951) 544-5379 jerry.guarracino@costamesaca.gov

To ensure the most efficient customer service, when visiting the Community Improvement Staff at City Hall, please check-in at the Development Services Counter on the 2nd floor.

-----Original Message-----

CM-CC-0003707

Thanks for getting back to me. This is the email chain where this request was generated. We are currently in some litigation with HUD & the DOJ over the City's Group Home Ordinance and enforcement. I believe they are requesting this information because we have separated and redefined Sober Living Homes differently than Boarding Houses. Now HUD/DOJ is asking if and how many Boarding Houses we have licensed. I don't believe you will find any licenses for Boarding Houses but, I think we should do our due diligence and check.

Thank you,

Mike Tucker
Code Enforcement Officer
Community Improvement Division
77 Fair Drive
City of Costa Mesa, CA 92626
Phone: 714 754-5209   Cell: 714 599-4549 mike.tucker@costamesaca.gov


To ensure the most efficient customer service, when visiting the Community Improvement Staff at City Hall, please check-in at the Development Services Counter of the 2nd Floor.


**REDACTED**