# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 19-01710-JVS (PJWx) | Date | December 13, 2021 |
| Title | Ohio House, LLC v. City of Costa Mesa | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| | |
|---|---|
| Elsa Vargas for Lisa Bredahl | Sharon Seffens |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Christopher Brancart | Christopher Lee |
| | Ashley Anderson |

**Proceedings:** **Defendant City of Costa Mesa's Motion for Summary Judgment or, in the alternative, Partial Summary Judgment. [207] Motion for Partial Summary Judgment by Plaintiff The Ohio House LLC. [211]**

Cause is called for hearing. Oral argument heard. Court and counsel confer. The Court takes the motions [207] and [211] under submission.

| | | |
|---|---|---|
| | 1 | : 04 |
| Initials of Preparer | eva for lmb | |