**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
　severett@everettdorey.com
Samantha E. Dorey, SBN 281006
　sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
　clee@everettdorey.com
18300 Von Karman Avenue, Suite 900
Irvine, California 92612
Phone: 949-771-9233
Fax: 949-377-3110

**JONES & MAYER**
Kimberly Hall Barlow, Esq., SBN 149902
　khb@jones-mayer.com
Bruce A Lindsay, Esq., SBN 102794
　bal@jones-mayer.com
Monica Choi Arredondo, Esq. SBN 215847
　mca@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant
CITY OF COSTA MESA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| OHIO HOUSE, LLC a California Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF COSTA MESA, a Municipal Corporation,<br><br>　　　　Defendant. | **Case No. 8:19-cv-01710-JVS (GJS)**<br><br>**DEFENDANT CITY OF COSTA MESA'S FIRST AMENDED WITNESS LIST**<br><br>**Pre-Trial Conference:**<br>Date:　March 14, 2022<br>Time:　11:00 a.m.<br>Place:　Courtroom 10C |

　　　Defendant City of Costa Mesa ("Defendant") hereby submits its First Amended Witness List for trial:

| No. | Name | Title | Will Call |
|---|---|---|---|
| 1 | Angel, Katie | Management Analyst, Community Improvement Division | **Will Call** |
| 2 | Armstrong, Gary* | Former Director of Economic & Development Services and Deputy Chief Executive Officer | **May Call** |
| 3 | Bouwens-Killeen, Willa | Principal Planner/Zoning Administrator Development Service, Economic Development | **Will Call** |
| 4 | Clark, Nancy | City's Expert/Retained | **Will Call** |
| 5 | Connolly, Brian* | Ohio House's Expert/Retained | **May Call** |
| 6 | Curtis, Barry* | Former Economic & Development Services Director | **May Call** |
| 7 | Donoghue, John* | Ohio House Manager | **May Call** |
| 8 | Francis, Rick* | Former Assistant Chief Executive Officer | **May Call** |
| 9 | Gamboa, Fidel | Community Improvement Manager | **Will Call** |
| 10 | Guarracino, Jerry* | Former Manager of the Community Improvement Division | **May Call** |
| 11 | Karuga, Winston | Code Enforcement Officer | **Will Call** |
| 12 | Keogh, Matt* | Ohio House's Director of Admissions | **May Call** |

| No. | Name | Title | Will Call |
|---|---|---|---|
| 13 | Langley, Sunny | City's Expert/Retained | **Will Call** |
| 14 | Le, Jennifer | Acting Economic & Development Services Director | **Will Call** |
| 15 | McEntyre, Wendy | City's Expert/Non-Retained | **Will Call** |
| 16 | Mellgren, Michele | City's Expert/Retained | **Will Call** |
| 17 | Nematollah, Parham* | Chief Operating Officer, Buckeye Recovery Network | **May Call** |
| 18 | Ricci, Darren* | Ohio House Manager | **May Call** |
| 19 | Steinetz, Chad* | Ohio House Director of Operations | **May Call** |
| 20 | Stump, Brandon | Ohio House Founder, Chief Executive Officer and Landlord | **Will Call** |
| 21 | Stump, Ryan | Ohio House Co-Founder | **Will Call** |
| 22 | Tangaro, Jeremy* | Ohio House Manager | **May Call** |
| 23 | Tucker, Mike* | Maintenance Superintendent and former Code Enforcement Officer | **May Call** |
| 24 | Vander Dussen, Sheri | Former Consultant, Development Services | **Will Call** |

| No. | Name | Title | Will Call |
|---|---|---|---|
| 25 | Whitehead, Darrel* | Ohio House Person Most Knowledgeable | **May Call** |
| 26 | Jeremy Broderick | Prior Owner of Casa Capri, LLC | **Will Call by Deposition Testimony** |
| 27 | Elizabeth Thackston | Prior Employee of Casa Capri, LLC | **Will Call by Deposition Testimony** |

DATED: March 7, 2022         EVERETT DOREY LLP

By: _____
Seymour B. Everett, III
Samantha E. Dorey
Christopher D. Lee
Attorneys for Defendant
CITY OF COSTA MESA

File No. 1029-15

# PROOF OF SERVICE

**Ohio House v. City of Costa Mesa**
**Case No. 8:19-CV-01710-JVS (GJSx)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 900, Irvine, CA 92612.

On March 7, 2022, I served true copies of the following document(s) described as:

**DEFENDANT CITY OF COSTA MESA'S FIRST AMENDED WITNESS LIST**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 7, 2022, at Irvine, California.

*/s/ K. Mauro*
Kristal N. Mauro

4884-7478-9139.1

-1-   8:19-cv-01710-JVS (GJS)

PROOF OF SERVICE

File No. 1029-15

# SERVICE LIST
## Ohio House v. City of Costa Mesa
### Case No. 8:19-CV-01710-JVS (GJSx)

| | |
|---|---|
| Isaac R. Zfaty<br>Garret M. Prybylo<br>MUCH SHELIST<br>660 Newport Center Dr #900,<br>Newport Beach, CA 92660<br>T: 949-767-2200<br>F: 949-385-5355<br>izfaty@muchlaw.com<br>gprybylo@muchlaw.com<br>esantos@muchlaw.com | ***Attorneys for Plaintiff,***<br>OHIO HOUSE, LLC |
| Christopher Brancart<br>BRANCART & BRANCART<br>PO Box 686<br>Pescadero, CA 94060<br>(650) 879-0141<br>(650) 879-1103 (fax)<br>cbrancart@brancart.com<br>mdahl@brancart.com | ***Attorneys for Plaintiff,***<br>OHIO HOUSE, LLC |
| STEVEN G. POLIN (DCBN 439234)<br>LAW OFFICES OF STEVEN G. POLIN<br>3034 Tennyson Street, NW<br>Washington, D.C. 200015<br>spolin2@earthlink.net | ***Attorneys for Plaintiff,***<br>OHIO HOUSE, LLC |
| William E. Halle<br>O'NEIL LLP<br>19900 MacArthur Blvd<br>Suite 1050<br>Irvine, CA 92612<br>bhalle@oneil-llp.com | ***Attorney for Counter-Defendants***<br>BRANDON STUMP; BUCKEYE RECOVERY NETWORK, LLC; BUCKEYE TREE COLLECTIVE, LLC; CHADWICK HOUSE, LLC, ASHBROOKE, LLC; and KEITH STUMP |