BRANCART & BRANCART
Christopher Brancart (SBN 128475)
cbrancart@brancart.com
Elizabeth Brancart (SBN 122092)
ebrancart@brancart.com
P.O. Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiff The Ohio House LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE OHIO HOUSE LLC,** | No. 8:19-cv-01710-JVS-GJS |
| Plaintiff, | **PLAINTIFF'S FIRST AMENDED WITNESS LIST FOR TRIAL** |
| vs. | |
| **CITY OF COSTA MESA,** | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 26(a)(3), as modified by LR 16-5 and the Court's tentative rulings on motions in limine, issued March 11, 2022, plaintiff The Ohio House LLC submits the following amended witness list for trial[1]:

///

///

---

[1] Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), the address and telephone number of each witness was previously disclosed to the City.

| No. | Name | Relationship + City Witness Status (ECF 309) | Status | Deposition Status |
|---|---|---|---|---|
| 01 | Connolly, Brian | Plaintiff's Expert; City Witness No. 5 ("May Call")[2] | Will Call | Deposed |
| 02 | Curtis, Barry | City's Former Dev. Serv. Director; City Witness No. 6 ("May Call") | Will Call | Deposed in prior action (ECF 181)[3] |
| 03 | Gamboa, Fidel | City's Neighborhood Improvement Mgr; City Witness No. 9 ("Will Call") | Will Call | Deposed and deposed in prior action (ECF 181) |
| 04 | Le, Jennifer | City's Dev. Serv. Director; City Witness No. 14 ("Will Call") | Will Call | Deposed |

---

[2] On Monday, March 7, 2022, the City filed a first amended witness list (ECF 309) adding two new witnesses (#26 Broderick and #27 Thackston) to whom plaintiff has objected in the Pretrial Conference Order (ECF 320).

[3] ECF 181 is the stipulation of the parties governing the scope of testimony and the consolidated, limited deposition examinations of City employee witnesses, including the application of Fed. R. Civ. P. 32 to prior depositions of those employees in similar cases.

| No. | Name | Relationship + City Witness Status (ECF 309) | Status | Deposition Status |
|---|---|---|---|---|
| 05 | Shahrestani, Babak | Ohio House's Wilson Street Neighbor | Will Call | Not deposed |
| 06 | Steinetz, Chad | Ohio House's Staff; City Witness No. 19 ("May Call") | Will Call | Deposed |
| 07 | Stump, Ryan | Ohio House's Chief Operating Officer; City Witness No. 21 ("Will Call") | Will Call | Deposed |
| 08 | Tucker, Mike | City's Former Code Enforcement Officer and Current City Employee; City Witness No. 23 ("May Call") | Will Call | Deposed and deposed in prior action (ECF 181) |
| 09 | Vander Dussen, Sheri | City's Asst. Director, Dev. Serv.; City Witness No. 24 ("Will Call") | Will Call | Deposed and deposed in prior action (ECF 181) |
| 10 | Vu, Christine | Public Records Summaries | Will Call | Not deposed |
| 11 | Ekizian, Ari | Former Ohio House resident | Will Call | Not deposed |

| *No.* | *Name* | *Relationship + City Witness Status (ECF 309)* | *Status* | *Deposition Status* |
|---|---|---|---|---|
| 12 | Humphrey, Eric | Former Ohio House resident | Will Call | Not deposed |
| **"May Call" Witnesses** | | | | |
| 13 | Armstrong, Gary | City's Former Dev. Serv. Director; City Witness No. 2 ("May Call") | May Call | Deposed in prior action (ECF 181) |
| 14 | Ashabi, Minoo | City's Senior Planner | May Call | Not deposed |
| 15 | de Arakal, Byron | City's Planning Commissioner | May Call | Deposed in prior action |
| 16 | Bouwens-Killeen, Willa | City's Former Zoning Administrator; City Witness No. 3 ("Will Call") | May Call | Deposed and deposed in prior action (ECF 181) |
| 17 | Francis, Rick | City's Former Assistant Manager; City Witness No. 8 ("May Call") | May Call | Deposed in prior action (ECF 181) |
| 18 | Guarracino, Jerry | City's Former Cmty Improv. Mgr; City Witness No. 10 ("May Call") | May Call | Deposed in prior action (ECF 181); City indicates unavailable for trial |

| No. | Name | Relationship + City Witness Status (ECF 309) | Status | Deposition Status |
|---|---|---|---|---|
| 19 | Alexander, David**[4] | Group Home CUP and RA Applicant. | May Call | Deposed in prior action |
| 20 | Daley, Sherry** | Vice President, California Consortium of Addiction Programs and Professionals | May Call | Not deposed |
| 21 | Donoghue, John | Ohio House's Staff; City Witness No. 7 ("May Call") | May Call | Deposed |

---

[4] Witnesses marked with a double asterisk ** will be called, if necessary, to provide testimony primarily for the purpose of responding to or rebutting the City's affirmative defenses.

| No. | Name | Relationship + City Witness Status (ECF 309) | Status | Deposition Status |
|---|---|---|---|---|
| 22 | Ito-Orille, Janelle** | Chief, Licensing and Certification Division, State Department of Health Care Services [Disclosed, designated, and deposed as plaintiff's unretained expert to rebut City's state licensing and regulation defenses.] | May Call | Deposed. [Testimony presented pursuant to Fed. R. Civ. P. 32.] |
| 23 | Randle, Keith** | Group Home CUP and RA Applicant. | May Call | Deposed in prior action |
| 25 | Stump, Brandon | Ohio House's Chief Executive Officer City Witness No. 20 ("Will Call") | May Call | Deposed. Ohio House indicates presently unavailable for trial. |
| 26 | Tangaro, Jeremy | Ohio House's Former Mgr; City Witness No. 22 ("May Call") | May Call | Deposed. |
| 27 | Larabee, Joe | Former Ohio House resident | May Call | Not deposed |

| No. | Name | Relationship + City Witness Status (ECF 309) | Status | Deposition Status |
|---|---|---|---|---|
| 28 | Records Custodians: City [Brenda Green], State HCD, US SAMHSA, and County OCHA | Records Custodians | May Call | Not deposed; CR certificates, served 02/16/2022; filed as Exhibits 26-35 (ECF 315-26 to 315-35) to Request for Judicial Notice (ECF 314). |

Dated: March 13, 2022.

Respectfully submitted,

BRANCART & BRANCART

*/s/ Christopher Brancart*
Christopher Brancart
P.O. Box 686
Pescadero, CA 94060
Tel:   (650) 8790141
*cbrancart@brancart.com*

Attorneys for Plaintiff The Ohio House LLC

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on March 13, 2022 I served by email a copy of the attached document – **PLAINTIFF'S FIRST AMENDED WITNESS LIST FOR TRIAL AND MAY CALL NOTICE** – on the following attorneys:

| | |
|---|---|
| Samantha E. Dorey<br>Seymour B Everett, III<br>Christopher D. Lee<br>Everett Dorey LLP<br>18300 Von Karman Avenue Suite 900<br>Irvine, CA 92612<br>Fax: (949) 377-3110<br>sdorey@everettdorey.com<br>severett@everettdorey.com<br>clee@everettdorey.com<br>[For City] | Kimberly Hall Barlow<br>Bruce Lindsay<br>Monica Choi-Arredondo<br>Jones Mayer<br>3777 North Harbor Boulevard<br>Fullerton, California 92835<br>Fax: (714) 446-1448<br>khb@jones-mayer.com<br>bal@jones-mayer.com<br>mca@jones-mayer.com<br>[For City] |
| William E. Halle<br>O'NEIL LLP<br>19900 MacArthur Boulevard, Suite 1050<br>Irvine, California 92612<br>Fax: (949) 798-0511<br>bhalle@oneil-llp.com<br>[For Former Counter-defendants] | MUCH SHELIST, P.C.<br>Garrett Prybylo<br>gprybylo@muchlaw.com<br>660 Newport Center Dr., Suite 900<br>Newport Beach, CA 92660 |

                                        */s/ Christopher Brancart*