# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-1710 JVS(PJWx) | Date | March 22, 2022 |
| Title | The Ohio House LLC v. City of Costa Mesa | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS]** <u>Minute Order re Proposed Questionnaire</u>

The Court thanks the parties for their submission.

The Court believes that the follow up questions are best pursued with individual voir dire. Material in red to be deleted. The Court has added a perjury declaration.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 19-1710 JVS(PJWx)                               Date   March 22, 2022

Title      The Ohio House LLC v. City of Costa Mesa

**Ohio House v. City of Costa Mesa, Case 8:19-cv-01710-JVS-GJS (ECF 290-1) Joint Proposed Juror Questionnaire, filed 02/25/2022**

CONFIDENTIAL JUROR QUESTIONNAIRE

*Please fill out this form as completely as possible and print clearly. Since we want to make copies for the attorneys and the Court, do not write on the back of any page. If you need more room, continue at the bottom of the page. Thank you.*

1.  Full name:                          Age:           City of Residence:

2.  Have you or any close friend or family member of yours ever had a problem with addiction to drugs, alcohol, or other substance abuse?
    Please circle: *Yes or No.* If yes, please describe those experiences:

3.  Have you or any close friend or family member of yours ever lived in a group or sober living home or received treatment for substance abuse?
    Please circle: *Yes or No.* If yes, please describe those experiences:

4.  Have you or any close friend or family member ever lived near a group or sober living home or substance abuse treatment facility?
    Please circle: *Yes or No.* If yes, please describe those experiences:

5.  Have you or any close friend or family member of yours ever worked for a group or sober living home or any substance abuse treatment program or facility?
    Please circle: *Yes or No.* If yes, please describe those experiences:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 19-1710 JVS(PJWx)                     Date  March 22, 2022

Title  The Ohio House LLC v. City of Costa Mesa

6. Have you or any close friend or family member of yours ever had any financial interest and/or ownership in a group or sober living home or any substance abuse treatment program or facility?
Please circle: *Yes or No.* If yes, please describe those experiences:

7. Have you formed any strong opinions about group or sober living homes or substance abuse treatment programs or facilities?
Please circle: *Yes or No.* If yes, please describe your opinions:

8. Have you heard or read about the City of Costa Mesa's group and sober living home regulations?
Please circle: *Yes or No.* If yes, please describe what you have read or heard:

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Signed at Santa Ana, California this _____ of March 2022.

_____
Signature