UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THE OHIO HOUSE LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF COSTA MESA,<br><br>    Defendant. | **Case No. 8:19-cv-01710-JVS (GJSx)**<br>Assigned to the Hon. James V. Selna<br><br>**FINAL JUDGMENT** |

1. This action was tried before a jury and the Court, the Honorable James V. Selna presiding, between March 30, 2022 and April 18, 2022.

2. On April 18, 2022, the jury returned a verdict in favor of Defendant City of Costa Mesa ("the City") on Plaintiffs Ohio House, LLC's ("Ohio House") claims under the federal Fair Housing Act and California Fair Employment, and Housing Act, and an advisory verdict of California Government Code § 65008.   [D

3. On August 26, 2022, the Court issued an order in the City's favor on Ohio House's claim under California Government Code § 65008, making findings of fact and conclusions of law.  [Dkt. No. 457]

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** judgment on the merits be entered in the City's favor on each and all of Plaintiff's claims, that Plaintiff take nothing in this action, and that the City is the prevailing party.

Dated: September 06, 2022     By: _____
                                    Hon. James V. Selna
                                    United States District Court

File No. 1029-15

# PROOF OF SERVICE

**Ohio House v. City of Costa Mesa**
**Case No. 8:19-CV-01710-JVS (GJSx)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 900, Irvine, CA 92612.

On August 29, 2022, I served true copies of the following document(s) described as:

**FINAL JUDGMENT**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 29, 2022, at Irvine, California.

/s/ Kristal N. Mauro
Kristal N. Mauro

File No. 1029-15

**SERVICE LIST**
**Ohio House v. City of Costa Mesa**
**Case No. 8:19-CV-01710-JVS (GJSx)**

| | |
|---|---|
| Christopher Brancart<br>Elizabeth Brancart<br>BRANCART & BRANCART<br>PO Box 686<br>Pescadero, CA 94060<br>(650) 879-0141<br>(650) 879-1103 (fax)<br>cbrancart@brancart.com<br>ebrancart@bracart.com<br>mdahl@brancart.com | *Attorneys for Plaintiff,*<br>OHIO HOUSE, LLC |
| STEVEN G. POLIN (DCBN 439234)<br>LAW OFFICES OF STEVEN G. POLIN<br>3034 Tennyson Street, NW<br>Washington, D.C. 200015<br>spolin2@earthlink.net | *Attorneys for Plaintiff,*<br>OHIO HOUSE, LLC |

EVERETT DOREY LLP
Attorneys at Law
18300 VON KARMAN AVENUE, SUITE 900
IRV NE, CALIFORNIA 92612
TELEPHONE 949-771-9233 ♦FAX 949-377-3110