# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| OHIO HOUSE, LLC a California Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF COSTA MESA, a Municipal Corporation ,<br><br>    Defendant. | **Case No. 8:19-CV-01710-JVS (GJS)**<br>Assigned to the Hon. James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION FOR ENLARGEMENT OF PAGE LIMIT FOR CITY'S OPPOSITION TO PLAINTIFF'S BRIEF IN SUPPORT OF JUDGMENT AS A MATTER OF LAW OR FOR NEW TRIAL** |

**ORDER**

After consideration of the parties' Joint Stipulation, this Court finds that there is good cause to grant the parties' Stipulation.

IT IS HEREBY ORDERED THAT:

1. The parties' Stipulation is GRANTED.

2. The City's brief in opposition to Ohio House's motion for judgment as a matter of law or new trial may be up to 30 pages in length.

SO ORDERED.

Dated: 10/7/22       By: _____
                         Hon. James V. Selna
                         United States District Court