## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 19-01710JVS(PJWx) | Date | November 17, 2022 |

| | |
|---|---|
| Title | Ohio House, LLC v City of Costa Mesa |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **Plaintiff the Ohio House LLC's Renewed Motion for Judgment as a Matter of Law and for New Trial[467]**

The Court, having been informed by the parties in this action that they submit on the Court's tentative ruling previously issued, hereby rules in accordance with the tentative ruling.  Separate order to issue.

| | : | 02 |
|---|---|---|
| Initials of Preparer | | lmb |