BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  *cbrancart@brancart.com*
  Elizabeth Brancart (SBN 122092)
  *ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiff The Ohio House LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE OHIO HOUSE LLC, | No. 8:19-cv-01710-JVS-GJS |
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| CITY OF COSTA MESA, | |
| Defendant. | |

Please take notice that plaintiff The Ohio House LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in the United States District Court for the Central District of California on September 6, 2022 (Dkt. 462), and all rulings that are entwined with the final judgment or are otherwise necessary to ensure meaningful review, including, without limitation, the order denying Ohio House's renewed motion for judgment as a matter of law and motion for new trial filed by the Court on November 16, 2022 (Dkt. 475), the order denying Ohio House's motion for summary judgment on facial discrimination and justification filed on January 12, 2022 (Dkt. 245), the order denying Ohio House's request for entry of judgment pursuant to

Government Code § 65008 (Dkt. 457), and the Court's pretrial orders, evidentiary rulings before and during trial, and instructions to the jury and special verdict form.

Dated:  December 15, 2022.

Respectfully submitted,

BRANCART & BRANCART

*/s/ Elizabeth Brancart*
Brancart & Brancart

Attorneys for Plaintiff The Ohio House LLC

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on December 15, 2022, I served by the ECF system a copy of the attached document – **NOTICE OF APPEAL; REPRESENTATION STATEMENT** – on the following attorneys:

| | |
|---|---|
| Samantha E. Dorey<br>Seymour B Everett, III<br>Christopher D. Lee<br>Everett Dorey LLP<br>18300 Von Karman Avenue Suite 900<br>Irvine, CA 92612<br>Fax: (949) 377-3110<br>sdorey@everettdorey.com<br>severett@everettdorey.com<br>clee@everettdorey.com | Kimberly Hall Barlow<br>Bruce Lindsay<br>Monica Choi-Arredondo<br>Jones Mayer<br>3777 North Harbor Boulevard<br>Fullerton, California 92835<br>Fax: (714) 446-1448<br>khb@jones-mayer.com<br>bal@jones-mayer.com<br>mca@jones-mayer.com |

*/s/ Elizabeth Brancart*