BRANCART & BRANCART
Christopher Brancart (SBN 128475)
*cbrancart@brancart.com*
Elizabeth Brancart (SBN 122092)
*ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103

Attorneys for Plaintiff The Ohio House LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE OHIO HOUSE LLC,** | No. 8:19-cv-01710-JVS-GJS |
| Plaintiff, | REPRESENTATION STATEMENT |
| vs. | |
| **CITY OF COSTA MESA,** | |
| Defendant. | |

Pursuant to Federal Rules of Appellate Procedure 12(b) and Ninth Circuit Rules 12-2 and 3-2(b), plaintiff-appellant The Ohio House LLC submits this Representation Statement:

I. Plaintiff-appellant The Ohio House LLC is represented by:

BRANCART & BRANCART
Elizabeth Brancart
*ebrancart@brancart.com*
Christopher Brancart
*cbrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel: (650) 879-0141

II. Defendant-appellee City of Costa Mesa is represented by:

EVERETT DOREY LLP
  Samantha E. Dorey
  *sdorey@everettdorey.com*
  Seymour B Everett, III
  *severett@everettdorey.com*
  Christopher D. Lee
  *clee@everettdorey.com*
18300 Von Karman Avenue Suite 900
Irvine, CA 92612
Tel: (949) 771-9233

JONES & MAYER
  Kimberly Hall Barlow
  *khb@jones-mayer.com*
  Bruce A. Lindsay
  *bal@jones-mayer.com*
  Monica Choi-Arredondo
  *mca@jones-mayer.com*
3777 North Harbor Boulevard
Fullerton, California 92835
Tel: (714) 446-1400

BUCHALTER, PC
  Mary-Christine Sungaila
  *msungaila@buchalter.com*
18400 Von Karman Ave., Suite 800
Irvine, California 92612
Tel: (949) 760-1121

* * *

Dated: December 15, 2022.

Respectfully submitted,

BRANCART & BRANCART

*/s/ Elizabeth Brancart*
Brancart & Brancart

Attorneys for Plaintiff The Ohio House LLC